458 A.2d 279

In the Interest of Hudson, a minor.

Appeal of Dolores Hudson, Natural Mother.

Argued January 12, 1983. Lorraine D. Taylor, for appellant; Mark P. Cancilla, for appellee; Helen M. Tremont, for Child. & Youth Ser., participating party.

Before POPOVICH, MONTGOMERY and VAN der VOORT, JJ.

Order affirmed.